AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MUSGRAVE, R. KENTON | U.S. COURT OF INT'L TRADE | 06/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

ONE FEDERAL PLAZA
NEW YORK, NEW YORK 10278-0001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | THE DIAN FOSSEY GORILLA FUND |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 06/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 06/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DUKE ENERGY CORP | D | Dividend | M | T | | | | | |
| 2. AEGON NV | A | Dividend | | | Sold | 06/16/14 | K | A | |
| 3. AT&T, INC. | B | Dividend | K | T | | | | | |
| 4. BARRICK GOLD | A | Dividend | J | T | | | | | |
| 5. ENI SPA ADR | A | Dividend | | | Sold | 01/16/14 | J | A | |
| 6. NISOURCE INC | A | Dividend | J | T | | | | | |
| 7. SOUTHERN CO | B | Dividend | K | T | | | | | |
| 8. YAMANA GOLD, INC | A | Dividend | J | T | | | | | |
| 9. KINDER MORGAN ENERGY PARTNERS | D | Dividend | | | Sold | 01/16/14 | J | C | |
| 10. COCA COLA | A | Dividend | K | T | | | | | |
| 11. MERRILL LYNCH IRA - CASH EQUIVALENT | A | Dividend | | | Closed | 06/18/14 | J | | |
| 12. EXXON MOBILE CORP | A | Dividend | K | T | | | | | |
| 13. RAYTHEON COMPANY NEW | A | Dividend | K | T | | | | | |
| 14. BANK OF AMERICA - MONEY MARKET CHECK INTEREST CHECKING (X) | A | Interest | J | T | | | | | |
| 15. MERRILL LYNCH BANK DEPOSIT PROGRAM | A | Int./Div. | K | T | | | | | |
| 16. AEGON NV | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. MORGAN STANLEY COM | A | Dividend | J | T | | | | | |
| 18. HOLLYFRONTIER CORP COM | B | Dividend | | | Sold | 12/29/14 | K | B | |
| 19. MARATHON PETROLEUM CORP COM | A | Dividend | J | T | | | | | |
| 20. PG&E CORP COM | A | Dividend | | | Sold | 01/16/14 | J | A | |
| 21. SCHLUMBERGER LTD COM | A | Dividend | | | Sold | 08/20/14 | K | D | |
| 22. SEADRILL LTD COM | B | Dividend | | | Sold | 12/29/14 | J | A | |
| 23. VERIZON COMM COM | A | Dividend | J | T | | | | | |
| 24. WESTAR ENERGY INC COM | A | Dividend | | | Sold | 01/16/14 | J | A | |
| 25. AMERICAN MIDSTREAM PTNRS, LP | B | Dividend | K | T | | | | | |
| 26. AMERICAN WRT WORKS CO | A | Dividend | K | T | | | | | |
| 27. AT&T COM | A | Dividend | K | T | | | | | |
| 28. FRANKLIN CUST FUND | B | Dividend | | | Sold | 08/20/14 | K | C | |
| 29. AMERICAN MIDSTREAM PARTNERS | A | Dividend | J | T | | | | | |
| 30. AMN ELECTRIC POWER | A | Dividend | K | T | | | | | |
| 31. CENTURTYLINK INC COM | A | Dividend | K | T | | | | | |
| 32. CHIMERA INVEST CORP | A | Dividend | | | Sold | 08/25/14 | J | A | |
| 33. DUKE ENERGY CORP COM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 06/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. HOLLYFRONTIER CORP | A | Dividend | | | Sold | 12/29/14 | K | A | |
| 35. MARATHON OIL CORP | A | Dividend | J | T | | | | | |
| 36. SOUTHERN COMPANY COM | B | Dividend | K | T | | | | | |
| 37. WESTAR ENERGY INC COM | A | Dividend | J | T | | | | | |
| 38. XCEL ENERGY, INC. | A | Dividend | J | T | | | | | |
| 39. AUS NW ZBR ADR | A | Dividend | J | T | | | | | |
| 40. HALLIBURTON COM | A | Dividend | J | T | | | | | |
| 41. SEADRILL LTD | A | Dividend | | | Sold | 12/29/14 | J | A | |
| 42. CST BRANDS, INC. | A | Dividend | | | Sold | 01/16/14 | J | A | |
| 43. CST BRANDS, INC. (IRA) | A | Dividend | | | Sold | 08/25/14 | J | A | |
| 44. FORD MOTOR COMPANY | A | Dividend | K | T | | | | | |
| 45. DEVON ENERGY CORP NEW | A | Dividend | | | Sold | 04/23/14 | J | A | |
| 46. MARATHON OIL CORP | A | Dividend | | | Sold | 01/16/14 | K | A | |
| 47. VALERO ENERGY CORP NEW | A | Dividend | K | T | | | | | |
| 48. WELLS FARGO - CASH EQUIVALENT | A | Dividend | K | T | Open | 06/18/14 | K | | |
| 49. YAHOO, INC. COM | A | Dividend | J | T | Buy | 12/31/14 | J | | |
| 50. HOLLYFRONTIER CORP COM | B | Dividend | J | T | Buy (add'l) | 06/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 06/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. WELLS FARGO - CASH EQUIVALENT | A | Dividend | J | T | Open | 06/18/14 | J | | |
| 52. CENTURYLINK INC COM | A | Dividend | J | T | Buy | 06/19/14 | J | | |
| 53. FIRST TRUST TARGET GLBL DVD LDRS | A | Dividend | J | T | Buy | 06/18/14 | J | | |
| 54. WELLS FARGO - CASH EQUIVALENT | A | Dividend | J | T | Open | 06/18/14 | J | | |
| 55. FRANKLIN CUST FUND | A | Dividend | | | Sold | 08/14/14 | J | A | |
| 56. FIRST TRUST TARGET GLBL DVD LDRS | A | Dividend | J | T | Buy | 06/18/14 | J | | |
| 57. SEADRILL LTD | A | Dividend | | | Sold | 12/29/14 | J | A | |
| 58. KINDER MORGAN ENERGY PARTNERS | C | Dividend | | | Sold | 12/03/14 | M | F | |
| 59. KINDER MORGAN ENERGY PARTNERS | C | Dividend | M | T | Buy (add'l) | 12/03/14 | M | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 06/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MUSGRAVE, R. KENTON | 06/23/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ R. KENTON MUSGRAVE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544